UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TREVIS HALL,

                    Plaintiff,

          -against-

CORRECTIONS OFFICER G. BARBOSA
BADGE #9256,

                    Defendant.

15-CV-9740 (LAP)

CIVIL JUDGMENT

Pursuant to the order issued April 20, 2016, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under

28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:   April 20, 2016
         New York, New York

_____
        LORETTA A. PRESKA
    Chief United States District Judge